UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROY TAYLOR                                              CIVIL ACTION

VERSUS                                                   NO: 12-44

STATE OF LOUISIANA, ET AL.                               SECTION: R(3)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that Taylor's section 1983 claims for insufficient medical care against the State of Louisiana, the Orleans Parish Sheriff Medical Department, and Sheriff Marlin Gusman are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. 1915(e) and 1915A.

IT IS FURTHER ORDERED that Taylor's section 1983 claims against Deputy Moore for failure to protect are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 18th day of December, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 13.